THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SCOTT SEIWERT, and 7809 TIMBER HILL LLC. a Washington limited liability company,

Plaintiff,

v.

FIRST AMERICAN FINANCIAL CORPORATION, a Delaware corporation, and FIRST AMERICAN TITLE COMPANY, a California corporation,

Defendant.

Case No. 2:19-cv-00988-RSL

~~PROPOSED~~ ORDER EXTENDING REPLY DEADLINE

THIS MATTER came before the Court on the stipulation of the parties requesting that the Court enter an order extending the deadline to reply to Defendant's Motion to Transfer or Stay in the above-captioned action. The court having considered the pleadings and papers filed in connection with the Motion and that good cause has been shown:

It is hereby ORDERED that the Motion for Extension of Time to file Reply to Motion to Stay or Transfer is GRANTED and that the new deadline to reply is August 9, 2019.

IT IS SO ORDERED this 9th day of August, 2019

_____
THE HONORABLE ROBERT S. LASNIK

~~PROPOSED~~ ORDER EXTENDING REPLY DEADLINE - 1

LANE POWELL PC
601 SW SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204-3158
503.778.2100  FAX: 503.778.2200