THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SCOTT SEIWERT, and 7809 TIMBER HILL LLC, a Washington limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>FIRST AMERICAN FINANCIAL CORPORATION, a Delaware corporation, and FIRST AMERICAN TITLE COMPANY, a California corporation,<br><br>Defendant. | Case No. 2:19-cv-00988-RSL<br><br>**STIPULATED MOTION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>NOTE ON MOTION CALENDAR: August 30, 2019 |

Plaintiffs Scott Seiwert and 7809 Timber Hill LLC ("Plaintiffs") and Defendants First American Financial Corporation and First American Title Company ("Defendants"), by and through their counsel of record and pursuant to Local Civil Rule 7(d)(1) and Local Civil Rule 10(g), jointly move the Court to extend the time for Defendants to respond to Plaintiffs' Class Action Complaint (Docket No. 1) from September 9, 2019, to 14 days after Defendants' Motion to Transfer Venue is ruled upon by the Court (if denied). The requested extension is not sought for the purpose of improper delay, and no party will be prejudiced as a result.

STIPULATED MOTION AND ORDER TO EXTEND TIME
TO RESPOND TO COMPLAINT - 1
No. 2:19-CV-00988-RSL

700185.0008/7767448.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000  FAX: 206.223.7107

Case 2:19-cv-00988-RSL   Document 24   Filed 08/30/19   Page 2 of 4

1  IT IS SO STIPULATED:

2                                              Respectfully submitted,

3                                              LANE POWELL PC

4

5  DATED: August 30, 2019                     By  /s/ Darin M. Sands
                                                 Darin M. Sands, WSBA No. 35865
6                                                1420 Fifth Avenue, Suite 4200
                                                 Seattle, WA 98101
7                                                Telephone: 503.778.2100 (Portland)
                                                 Telephone: 206.223.7000 (Seattle)
8                                                Email: sandsd@lanepowell.com

9                                                Joel D. Siegel (*pro hac vice*)
                                                 Ronald D. Kent (*pro hac vice*)
10                                               DENTONS US LLP
                                                 601 South Figueroa Street, Suite 2500
11                                               Los Angeles, CA 90017
                                                 Telephone: 213.892.5050
12                                               Email: joel.siegel@dentons.com
                                                 Email: Ronald.kent@dentons.com
13                                               Attorneys for Defendants First American
                                                 Financial Corporation and First American Title
14                                               Company

15

16                                              TOUSLEY BRAIN STEPHENS PLLC

17

18 DATED: August 30, 2019                     By  /s/ Rebecca L. Solomon
                                                 Kim D. Stephens, WSBA No. 11984
19                                               Jason T. Dennett, WSBA No. 30686
                                                 Rebecca L. Solomon, WSBA No. 51520
20                                               1700 Seventh Avenue, Suite 2200
                                                 Seattle, WA 98202
21                                               Telephone: 206.682.5600
                                                 Email: kstephens@tousley.com
22                                               Email: jdennett@tousley.com
                                                 Email: rsolomon@tousley.com
23
                                                 Attorneys for Plaintiffs Scott Seiwert and 7809
24                                               Timber Hill LLC

25

26

27

STIPULATED MOTION AND ORDER TO EXTEND TIME             **LANE POWELL PC**
TO RESPOND TO COMPLAINT - 2                            1420 FIFTH AVENUE, SUITE 4200
No. 2:19-CV-00988-RSL                                  P.O. BOX 91302
                                                       SEATTLE, WASHINGTON 98111-9402
700185.0008/7767448.1                                  206.223.7000 FAX: 206.223.7107

IT IS SO ORDERED:

DATED this 9th day of September, 2019.

_____
The Honorable Robert S. Lasnik
United States District Judge

STIPULATED MOTION AND ORDER TO EXTEND TIME
TO RESPOND TO COMPLAINT - 3
No. 2:19-CV-00988-RSL
700185.0008/7767448.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000  FAX: 206.223.7107