THE HONORABLE ROBERT S. LASNIK

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| SCOTT SEIWERT, and 7809 TIMBER HILL LLC, a Washington limited liability company, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 2:19-cv-00988-RSL |
| v. | ) ) | **AMENDED STIPULATED MOTION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| FIRST AMERICAN FINANCIAL CORPORATION, a Delaware corporation, and FIRST AMERICAN TITLE COMPANY, a California corporation, | ) ) ) ) ) | NOTE ON MOTION CALENDAR: September 30, 2019 |
| Defendant. | ) ) | |

Plaintiffs Scott Seiwert and 7809 Timber Hill LLC ("Plaintiffs") and Defendants First American Financial Corporation and First American Title Company ("Defendants"), by and through their counsel of record and pursuant to Local Civil Rule 7(d)(1) and Local Civil Rule 10(g), jointly move the Court to extend the time for Defendants to respond to Plaintiffs' Class Action Complaint (Docket No. 1) from September 9, 2019, to September 30, 2019. The requested extension is not sought for the purpose of improper delay, and no party will be prejudiced as a result.

AMENDED STIPULATED MOTION AND ORDER TO
EXTEND TIME TO RESPOND TO COMPLAINT - 1
No. 2:19-CV-00988-RSL

700185.0008/7775601.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

1   IT IS SO STIPULATED:

2                                 Respectfully submitted,

3                                 LANE POWELL PC

4

5   DATED: September 5, 2019        By   /s/ Darin M. Sands
                                   Darin M. Sands, WSBA No. 35865

6                                 1420 Fifth Avenue, Suite 4200
                                 Seattle, WA  98101

7                                 Telephone: 503.778.2100 (Portland)
                                 Telephone: 206.223.7000 (Seattle)

8                                 Email:  sandsd@lanepowell.com

9                                 Joel D. Siegel (*pro hac vice*)
                                 Ronald D. Kent (*pro hac vice*)

10                                DENTONS US LLP
                                601 South Figueroa Street, Suite 2500

11                                Los Angeles, CA  90017
                                Telephone:  213.892.5050

12                                Email:  joel.siegel@dentons.com
                                Email:  Ronald.kent@dentons.com

13

14                                Attorneys for Defendants First American
                                Financial Corporation and First American Title

15                                Company

16                                  TOUSLEY BRAIN STEPHENS PLLC

17

18   DATED: September 5, 2019        By   /s/ Rebecca L. Solomon
                                   Kim D. Stephens, WSBA No. 11984

19                                 Jason T. Dennett, WSBA No. 30686
                                Rebecca L. Solomon, WSBA No. 51520

20                                  1700 Seventh Avenue, Suite 2200
                                Seattle, WA  98202

21                                  Telephone: 206.682.5600
                                Email:  kstephens@tousley.com

22                                  Email:  jdennett@tousley.com
                                Email:  rsolomon@tousley.com

23

24                                Attorneys for Plaintiffs Scott Seiwert and 7809
                                Timber Hill LLC

25

26

27

AMENDED STIPULATED MOTION AND ORDER TO
EXTEND TIME TO RESPOND TO COMPLAINT - 2
No. 2:19-CV-00988-RSL

700185.0008/7775601.1

1    IT IS SO ORDERED:

2    DATED this _26th_ day of _Sept._____, 2019.

3

4    _____MW Slasnik_____

5    The Honorable Robert S. Lasnik
     United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

AMENDED STIPULATED MOTION AND ORDER TO
EXTEND TIME TO RESPOND TO COMPLAINT - 3
No. 2:19-CV-00988-RSL
700185.0008/7775601.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000  FAX: 206.223.7107